**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OFELIA MEDRANO WAMEA,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 06-73646<br><br>Agency No. A075-719-852<br><br>MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 15, 2009[**]

Before:     GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Ofelia Medrano Wamea, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's order denying her motion to reconsider. We review for abuse

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

IH/Research

of discretion the denial of a motion to reconsider, *Cano-Merida*, 311 F.3d 960, 964 (9th Cir. 2002), and we deny the petition for review.

The agency did not abuse its discretion in denying Medrano Wamea's motion to reconsider because the motion was untimely and failed to specify error in the IJ's removal order. *See* 8 C.F.R. § 1003.23(b)(1), (2).

To the extent Medrano Wamea seeks an extension of her voluntary departure period, the request is denied. *See Zazueta-Carrillo v. Ashcroft*, 322 F.3d 1166, 1172 (9th Cir. 2003); s*ee also Garcia v. Ashcroft*, 368 F.3d 1157, 1159 (9th Cir. 2004) (order).

Medrano Wamea's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**